1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY BLANKENBAKER, GREG BLANKENBAKER, TRACI BLANKENBAKER, RAYMOND SHIPLEY and DENISE SHIPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, a corporation; DON KIEFFER, an individual, and DOES 1 THROUGH 100, inclusive<br><br>Defendant. | CASE No: 5:11-cv-01844-CJC(DTBx)<br><br>**JUDGMENT** |

This action came on for hearing before the court on December 17, 2012, Hon. Cormac J. Carney, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

/ / /

1    IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the
2 action be dismissed on the merits and that defendant State Farm recover its costs.

5 Dated: March 08, 2013          By: _____.
                                     UNITED STATES DISTRICT JUDGE