1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| TERRY BLANKENBAKER, GREG BLANKENBAKER, TRACI BLANKENBAKER, RAYMOND SHIPLEY and DENISE SHIPLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, a corporation; DON KIEFFER, an individual, and DOES 1 THROUGH 100, inclusive<br><br>Defendant. | CASE NO: 5:11-cv-01844-CJC(DTBx)<br><br>*AMENDED* **JUDGMENT** |
|---|---|

This action came on for hearing before the court on December 17, 2012, Hon. Cormac J. Carney, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

/ / /

1   IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the
2   action be dismissed on the merits and that defendant Progressive Northern Insurance
3   Company, erroneously sued as "Progressive Casualty Insurance Company", recover
4   its costs.

Dated: 3/22/13               By: _____
                                  UNITED STATES DISTRICT JUDGE